Opinion filed October 9, 2008











 
 
  
 
 







 
 
  
 
 




Opinion filed October 9, 2008

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                   __________

 

                                                          No. 11-08-00192-CV

                                 __________

 

                RAYMOND FRANKE AND CECILIA FRANKE, Appellants

 

                                                             V.

 

        BRUCE A. CLARK
& BRUCE C. CLARK, INTERVENOR, Appellees

 



 

                                          On
Appeal from the 42nd District Court

 

                                                        Callahan
County, Texas

 

                                                   Trial
Court Cause No. 17,271

 



 

                                            M
E M O R A N D U M    O P I N I O N

The
trial court signed its judgment on May 30, 2008.  Appellants filed a notice of
appeal but did not file a motion for new trial.  The appeal is dismissed.








Appellants
have not filed an affidavit of inability to pay costs on appeal pursuant to Tex. R. App. P. 20.1.  When the
appellate record was not timely filed, the clerk of this court wrote the
parties advising them that the due date for the record had been extended.  Tex. R. App. P. 37.3(a)(1).  Both the
clerk of the trial court and the court reporter have informed this court in writing
that appellants have failed to make arrangements to pay for the appellate
record.  On August 18, 2008, the clerk of this court wrote the parties advising
that the appeal would be subject to dismissal unless appellants filed proof
that they had made arrangements to pay for the clerk=s record and the record was filed in this
court on or before October 2, 2008.  There has been no response to our August
18 letter.

The
failure to file the appellate record is due to appellants= actions.  Tex. R. App. P. 37.3(b).  The appeal is
dismissed.

 

PER CURIAM 

 

October 9, 2008

 

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.